Case 3:03-cv-02493-BTM-POR   Document 12   Filed 05/14/04   Page 1 of 3

USDC SCAN INDEX SHEET










BJR   5/14/04   15:44

3:03-CV-02493   WESTBOURNE INTL INC V. ARROWHEAD GENERAL

*12*

*O.*

FILED

04 MAY 14 PM 3:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

B ____
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WESTBOURNE INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD GENERAL INSURANCE AGENCY, INC., a Minnesota corporation; YOUZOOM, INC., a California corporation; YOUZOOM INSURANCE SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Civil No.   03cv2493-BTM(POR)<br><br>**ORDER STAYING ACTION AND SCHEDULING STATUS CONFERENCE** |
|---|---|

On May 11, 2004, Anthony Dane, Esq., Maureen Hallahan, Esq., and John Kyle, Esq., counsel for Defendants; and Gregory Dovel, Esq., counsel for Plaintiff, contacted the Court requesting that the Early Neutral Evaluation presently scheduled for May 18, 2004, be continued. Counsel for the parties advised the Court that they have already engaged in mediation sessions in this case and that their next mediation session is scheduled for June 14, 2004. Counsel for all parties stipulated to continuing the Early Neutral Evaluation Conference so that the parties may pursue mediation.

In accordance with the reasoning of Civil Local Rule 16.1 (2)(a) and the Court's support of alternative dispute resolution, this Court finds good cause to stay the matter until after the June 14, 2004 mediation. Accordingly, **IT IS HEREBY ORDERED**:

1.  The Early Neutral Evaluation currently scheduled for May 18, 2004, shall be

1 | VACATED pending the outcome of the mediation.

2. A telephonic status conference, *with attorneys only*, shall be held on **June 22, 2004, at 9:30 a.m.** so that counsel may advise the Court of the status of the case and schedule further proceedings if the case did not settle at the mediation. Anthony Dain, Esq., shall initiate and coordinate this conference call.

DATED: 5/14/04

LOUISA S. PORTER
United States Magistrate Judge

cc: all parties